**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| VALENTI STOREY and ANTHONY K. LIGHTSY, | ) ) ) | FILED: OCTOBER 4, 2008   LI 08CV5669 | |
| Plaintiffs, | ) ) | JUDGE  CASTILLO | |
| | ) | NO. MAGISTRATE JUDGE COLE | |
| vs. | ) ) | JUDGE | |
| CHICAGO POLICE OFFICER RICHARD E. DORONIUK, STAR NO. 5667; CHICAGO POLICE OFFICER MAHMOUD SHAMAH, STAR NO. 11476; CHICAGO POLICE OFFICER DANIEL J. O'CONNOR, STAR NO. 12500; and CHICAGO POLICE OFFICER R. COSTELLO, STAR NO. 18919, individually and as Employee/ Agents of the City of Chicago, a Municipal Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | MAGISTRATE | |
| | ) | JURY DEMAND | |
| Defendants. | ) | | |

## COMPLAINT AT LAW

NOW COME, VALENTI STOREY and ANTHONY K. LIGHTSY, by and through their attorney, JEFFREY J. NESLUND, and in complaining of the Defendants, CHICAGO POLICE OFFICER RICHARD E. DORONIUK, STAR NO. 5667; CHICAGO POLICE OFFICER MAHMOUD SHAMAH, STAR NO. 11476; CHICAGO POLICE OFFICER DANIEL J. O'CONNOR, STAR NO. 12500 and CHICAGO POLICE OFFICER R. COSTELLO, STAR NO. 18919, states as follows:

1

**INTRODUCTION**

1. This is an action for civil damages brought pursuant to 42 U.S.C. Sec. 1983 for the deprivation of plaintiff's constitutional rights. This Court has jurisdiction pursuant to 28 U.S.C. Sec. 1331 and 1343.

2. Venue in this district is proper pursuant to 28 U.S.C sec. 1391 (b), because the facts which give rise to the claims asserted herein occurred in the Northern District of Illinois.

3. Plaintiffs, VALENTI STOREY and ANTHONY K. LIGHTSY, are individuals who at all times relevant hereto were living in the Northern District of Illinois.

4. Defendants, CHICAGO POLICE OFFICER RICHARD E. DORONIUK, STAR NO. 5667; CHICAGO POLICE OFFICER MAHMOUD SHAMAH, STAR NO. 11476; CHICAGO POLICE OFFICER DANIEL J. O'CONNOR, STAR NO. 12500 and CHICAGO POLICE OFFICER R. COSTELLO, STAR NO. 18919, were at all times material hereto, duly appointed Chicago Police Officers employed by the City of Chicago acting in the capacity of sworn law enforcement officials.

**FACTUAL SUMMARY**

5. On October 5, 2006, the Plaintiffs were pulled over in a vehicle by the DEFENDANT OFFICERS at approximately 459 W. 99th Place in Chicago, Illinois.

6. The DEFENDANT OFFICERS detained, handcuffed and searched the Plaintiffs as well as other passengers from the Plaintiffs' car. The DEFENDANT OFFICERS also searched the Plaintiffs' car without legal justification.

7. The DEFENDANT OFFICERS arrested the Plaintiffs, notwithstanding the fact that the Plaintiffs had not committed any act contrary to the laws of Illinois and the DEFENDANT OFFICERS had not witnessed the Plaintiffs commit an illegal act of any sort

8. The DEFENDANT OFFICERS conspired to make false statements and reports regarding the actions of the Plaintiffs in order to receive approval for felony charges from the Cook County State's Attorneys' Office.

9. The DEFENDANT OFFICERS conspired to make false statements in sworn police reports against the Plaintiffs in order to justify the DEFENDANT OFFICERS' illegal detention, search and arrest of the Plaintiffs.

10. On or about October 25, 2006, the DEFENDANT OFFICERS DORONIUK and SHAMAH were arrested by the F.B.I. and indicted by federal authorities as a result of corruption and illegal acts similar, if not identical, to the misconduct described above.

11. On November 9, 2006, all criminal charges against the Plaintiffs were dismissed by the Cook County State's Attorneys' Office in a manner indicative of the Plaintiff's innocence.

## COUNT I
### 42 U.S.C. § 1983: False Arrest/Unlawful Detention

12. Plaintiffs re-allege and incorporate paragraphs 1-11 as fully stated herein.

13. As described above, DEFENDANT OFFICERS falsely arrested and unlawfully detained plaintiffs without justification and without probable cause.

14. The misconduct described in this Count was undertaken with malice, willfulness, and reckless indifference to the rights of others, and specifically, the rights of the plaintiffs.

15. As a result of the above-described wrongful infringement of plaintiffs' rights, plaintiffs suffered damages, including but not limited to mental distress and anguish

## COUNT II
### Section 1983 Conspiracy Claim

16. Plaintiffs re-allege and incorporate paragraphs 1-11 above as fully stated herein.

17. The aforementioned actions of the DEFENDANT OFFICERS were the direct and proximate cause of the violations of the United States Constitution, the Fourth Amendment and Fourteenth Amendment.

## COUNT III
## State Law claim: Indemnification

18. Plaintiffs re-allege and incorporate paragraphs 1-11 above as fully stated herein.

19. In Illinois, public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities. 735 ILCS 10/9-102.

20. DEFENDANT OFFICERS are or were employees of the CITY OF CHICAGO and acted within the scope of their employment in committing the misconduct described herein.

## REQUEST FOR RELIEF

21. Plaintiffs, VALENTI STOREY and ANTHONY K. LIGHTSY, respectfully request that the Court:

   a. Enter judgment in his favor and against Defendants, CHICAGO POLICE OFFICER RICHARD E. DORONIUK, STAR NO. 5667; CHICAGO POLICE OFFICER MAHMOUD SHAMAH, STAR NO. 11476; CHICAGO POLICE OFFICER DANIEL J. O'CONNOR, STAR NO. 12500 and CHICAGO POLICE OFFICER R. COSTELLO, STAR NO. 18919;

   b. Award compensatory damages against Defendants, CHICAGO POLICE OFFICER RICHARD E. DORONIUK, STAR NO. 5667; CHICAGO POLICE OFFICER MAHMOUD SHAMAH, STAR NO. 11476; CHICAGO POLICE OFFICER DANIEL J. O'CONNOR, STAR NO. 12500 and CHICAGO POLICE OFFICER R. COSTELLO, STAR NO. 18919;

    c.    Award attorneys' fees against Defendants, CHICAGO POLICE OFFICER RICHARD E. DORONIUK, STAR NO. 5667; CHICAGO POLICE OFFICER MAHMOUD SHAMAH, STAR NO. 11476; CHICAGO POLICE OFFICER DANIEL J. O'CONNOR, STAR NO. 12500 and CHICAGO POLICE OFFICER R. COSTELLO, STAR NO. 18919;

    d.    Award punitive damages against CHICAGO POLICE OFFICER RICHARD E. DORONIUK, STAR NO. 5667; CHICAGO POLICE OFFICER MAHMOUD SHAMAH, STAR NO. 11476; CHICAGO POLICE OFFICER DANIEL J. O'CONNOR, STAR NO. 12500 and CHICAGO POLICE OFFICER R. COSTELLO, STAR NO. 18919, in their individual capacities; and

    e.    Grant any other relief this Court deems just and appropriate.

## JURY DEMAND

Plaintiffs, VALENTI STOREY and ANTHONY K. LIGHTSY, demand a trial by jury under the Federal Rule of Civil Procedure 38(b) on all issues so triable.

    Respectfully submitted,

    /s/ Jeffrey J. Neslund
    JEFFREY J. NESLUND
    Attorney for Plaintiffs

Jeffrey J. Neslund
Law Offices of Jeffrey J. Neslund
150 North Wacker Drive, Suite 2460
Chicago, Illinois 60606
(312) 223-1100

5